In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-028 CV


____________________



TRINH VAN TU, Appellant



V.



 WAIMINH TSANG d/b/a W W VAN CORPORATION, Appellee






On Appeal from the 221st District Court


Montgomery County, Texas


Trial Cause No. 04-06-04703-CV






MEMORANDUM OPINION


 The appellant, Trinh Van Tu, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.



 _______________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered March 20, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.